## Affidavit In Support of Criminal Complaint and Arrest Warrant

1.  I, Monte Shaide, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and am currently assigned to the Missoula Resident Agency in Missoula, Montana. I have been employed as an SA for over 17 years and in that time have had extensive training and experience in conducting violent-crime related investigations, including criminal enterprise investigations. I am a member of the FBI Montana Regional Violent Crime Task Force (MRVCTF), which specializes in targeting habitual violent offenders, dismantling violent criminal enterprises, and tracking fugitives. For over nine years, I served on the Pierce County Violent Crime Task Force in Tacoma, Washington, and the Puget Sound Task Force in Seattle, Washington. During that time period, I specialized in bank robbery, fugitive, and other violent criminal matters. I have been the Affiant on numerous complaints charging individuals who have violated criminal law. I am assigned to the following investigation, and the information contained in this affidavit is based on my own observation, training, and experience and, where noted, information provided to me by other law enforcement officers.

2.  On May 5, 2015, Task Force Officer (TFO) Guy Baker and Affiant interviewed Courtney Mickelson at the Adult Probation Office in Missoula, Montana. Mickelson stated she met Logan Weniger in 2012, and had a relationship with him from 2012 through 2013. Mickelson stated Weniger was

known to sell large quantities of methamphetamine (meth) and cocaine. Mickelson also stated Weniger carried a firearm on his person. Mickelson had observed Weniger to be in possession of a "softball" size amount of crack cocaine and a Ruger semi-automatic pistol. Mickelson stated she is scared for her safety and is fearful of Weniger.

3. On July 8, 2015, Cannon King was interviewed by TFO Jared Cochran and Affiant in the presence of his attorney, Colin Stephens, at the FBI Missoula Resident Agency. King stated his friend, Patrick Cork, was selling methamphetamine for Logan Weniger in early 2013. Cork worked at Weniger's business called Bums and Boards (BNB), in Missoula. King met Weniger through Richard Stroh in the summer of 2014. King advised Stroh was purchasing one eighth ounce (eight ball) amounts of meth from Weniger's dealers for $250. During the fall and early winter of 2014, King associated with Weniger. King was stealing items for Weniger in exchange for meth. Weniger was described by King as the biggest drug dealer in the Missoula area. On one occasion, King observed a five gallon bucket full of meth at Weniger's residence in Bonner, Montana. King described Weniger's residence as very nice. Weniger resides in Bonner off the frontage road up in the mountains. Weniger makes a lot of money and launders his drug monies through his business, BNB. Weniger owns a Range Rover SUV and a BMW. King had observed Weniger with numerous firearms to include an AR-10

2

assault rifle, AR-15 assault rifle, Remington 870, Walther pistol, Mossberg shotgun, and a .308 sniper rifle while at Weniger's residence. King estimated that he stole approximately $1,200 worth of accessories for Weniger's guns from Wal-Mart and Cabellas in Missoula. King had a falling out with Weniger as Weniger provided King with "junk" meth for the stolen merchandise. Weniger would store his guns at various properties as he told King he would get five years for every bullet.

4. On July 29, 2015, Ryan Hippenstiel was arrested for a parole violation by members of the MRVCTF after a traffic stop on Interstate 90 west of Missoula. Hippenstiel, and his girlfriend, Johnna Smith, were driving from Idaho to Missoula with suspected narcotics. Upon both Hippenstiel and Smith being detained by investigators, TFO Cochran served a state search warrant on the vehicle suspecting Hippenstiel was traveling to Missoula with drugs. Approximately four ounces of meth, an ounce of heroin, a Walther .22 caliber semi-automatic handgun, and over $5,000 in cash were located in the vehicle. Smith was interviewed by Affiant subsequent to the traffic stop and admitted the drugs, gun, and cash belonged to Hippenstiel. The drugs were submitted to the Drug Enforcement Administration (DEA) Laboratory by Affiant and tested positive for meth (actual weight 94.8 grams) and heroin (21.4 grams).

5. Subsequent to arrest, Hippenstiel was transported to the Missoula Resident Agency by TFO Baker and TFO Cochran. Hippenstiel waived his right to an attorney and provided the following information during a recorded statement to the investigating Agents. Hippenstiel stated he met Weniger at the residence of a female named "Ang" and they discussed the possibility of doing some drug deals, however, Hippenstiel never did business with Weniger as Weniger wanted a lower price and Hippenstiel did not like him.

6. In August and September of 2015, Brice Bailey was interviewed on numerous occasions by TFO Baker and Affiant at the Missoula County Detention Center and provided a recorded statement to the investigating Agents. Bailey stated he was present at Angel Everhart's residence in Missoula when Hippenstiel met Weniger and they discussed doing a drug deal. Bailey stated Everhart's mother, Katrina Everhart, knows Weniger. Weniger was described by Bailey as a money man who was involved in drug distribution in Missoula. In the fall of 2014, Bailey purchased meth from Katrina Everhart. Bailey stated he did several drug transactions with Katrina Everhart, knowing her source of supply was Weniger, in November and December of 2014. Katrina Everhart sold one-eighth ounce (eight-ball) quantities for $250 for Weniger.

7. On September 3, 2015, Whitney Lamere was interviewed by TFO Baker and Affiant at the Missoula County Detention Center and provided a recorded

statement to the investigating Agents. Lamere stated she was purchasing meth from Katrina Everhart in the summer of 2014. Lamere estimated she purchased five to ten total grams of meth from Katrina Everhart during ten transactions in July and August of 2014. Lamere identified Katrina Everhart's supplier as Logan Weniger from Bonner. Lamere was told by Dolan Everhart, Katrina Everhart's husband, that in July of 2014 Katrina Everhart and Weniger flew to California to purchase a couple pounds of meth and then drove it back to Missoula. Dolan stated Weniger supplied Katrina Everhart with one-eighth (eight-ball) ounce quantities of meth for $80. Katrina would, in turn, sell each eight-ball for $225. Lamere met Weniger through Katrina Everhart at Weniger's residence in Bonner.

8.   On October 19, 2015, Richard Stroh was arrested on an outstanding Federal Arrest Warrant for Distribution of Methamphetamine by members of the MRVCTF. On October 20, 2015, Stroh was interviewed in the presence of his attorney, Eric Henkel, at the Missoula County Detention Center by TFO Cochran and Affiant. Stroh provided the following information in a recorded statement. Stroh met Logan Weniger in late spring of 2014 through a mutual acquaintance. Stroh knew Weniger to be a large-level meth dealer. Stroh purchased quarter-ounce quantities of meth on four separate occasions from Weniger in early summer 2014. Stroh paid $400 for each quarter-ounce of meth, and met Weniger at various locations around Missoula to pick up the meth. Stroh had been to Weniger's

residence in Bonner but never purchased or picked up meth at Weniger's residence. After the four deals, Weniger stopped dealing with Stroh directly. Weniger told Stroh he had heard Stroh was collecting on "drug debts" and drawing attention to Weniger.

9. After Weniger stated he would not deal with Stroh directly, Stroh started dealing with Katrina Everhart, a female who was supplied by Weniger. Stroh paid $250 per one-eighth ounce of meth from Everhart. Stroh estimated he purchased one-half ounce quantities of meth on ten separate occasions, equaling five ounces directly from Everhart. Stroh stated over the past two months, Luke Hayes had been dealing and doing business with Weniger. Stroh stated Hayes was trading firearms to Weniger in exchange for meth. Stroh heard Weniger owed Hayes money for some firearms Hayes sold to Weniger.

10. On October 22, 2015, Luke Hayes was arrested on an outstanding Federal arrest Warrant for Felon in Possession of a Firearm by FBI SWAT Agents. On November 2, 2015, Hayes was interviewed in the presence of his attorney, Peter Lacny, at the Missoula County Detention Center by TFO Baker, TFO Cochran and Affiant. Hayes provided the following information in a recorded statement. Hayes met Logan Weniger through Katrina Everhart on or around August 1, 2015. On that date, Hayes provided Weniger with a Remington 1911 .45 caliber semi-auto pistol, an AK-47 assault rifle and a Saiga 12 gauge semi-automatic shotgun for an

6

agreed price of $2,000 at Hayes' residence. Weniger paid Hayes $500 in cash and two grams of meth during the transaction. Weniger later gave Hayes $300 and two one-eighth ounce (eight-ball) quantities of meth towards the total, but never paid the balance. A couple weeks later, Hayes gave Weniger a .22 caliber semi-automatic pistol, and Weniger gave Hayes an ounce of meth at the Burger King on East Broadway in Missoula. Hayes also supplied Weniger with a lower receiver for an AR-15 that Hayes milled out to enable it to fire fully-automatic. Hayes stated Weniger installed the lower receiver on his Rock River Arms AR-15. Hayes also provided Weniger with a suppressed short-barrel 5.56 upper receiver for Weniger's AR-15. Hayes also accompanied Weniger around Weniger's residence in Bonner. Weniger had numerous firearms buried in plastic containers in his backyard to avoid police detection. Hayes also assisted Weniger in transferring 20 to 30 firearms, to include rifles, assault rifles, handguns and shotguns, to an apartment and storage shed located at 1400 Sunset Pines Court, Apartment D, in Missoula, in mid-August of 2015. During visits to Weniger's residence in August and September of 2015, Hayes saw an estimated half-pound quantity of meth in the kitchen during one visit and an estimated quarter-pound to half-pound quantity in the garage during another visit. Hayes also met a couple, identities unknown, at Weniger's residence who traveled to Montana from Alabama at Weniger's direction to set up a lab to manufacture meth on Weniger's property.

11. On November 3, 2015, Hayes, with the permission of his attorney, was escorted from the Missoula County Detention Center by TFO Baker and Affiant to identify Weniger's residence and apartment D located at 1400 Sunset Pines Court. Hayes navigated the investigating Agents to 1400 Sunset Pines Court, Apartment D. Hayes pointed to unit D located in the four-plex at the top of the stairs. Hayes stated he and Weniger loaded Weniger's Land Rover with about 20 to 30 firearms from Weniger's garage. Hayes stated Weniger had numerous high-end weapon systems in the garage and his residence, in addition to the guns he needed to take to his apartment. They drove from Weniger's residence to the apartment complex. Weniger had a key to unit D and the corresponding detached storage shed, marked with the letter D. They took the firearms out of Weniger's vehicle and placed some in the apartment and some in the storage shed. No one was in the apartment but there were items consistent with a female and a child residing in the apartment. Hayes opined that Weniger likely paid rent or had a relationship with someone in the apartment. Hayes then showed the investigating Agents Weniger's residence located off of Highway 10 East in Bonner. Hayes showed the investigating Agents the turn-off to Weniger's residence, which was marked by the mailboxes 10150 and 10180. Hayes stated Weniger's residence was the green colored two-story dwelling north of the highway at the base of the mountain range accessed by a dirt road. Hayes further advised that Weniger had a high-end camera system that is

activated by motion sensor when anyone comes up his driveway. Weniger had numerous monitors in his garage and residence and additional cameras all around his property. Weniger was very careful and was prepared if the police try to breach his property to locate evidence. Weniger also stated Mike Powell was Weniger's right-hand man and was currently living at Weniger's residence. Hayes stated Mike Powell and his associates were involved in a shooting, and Powell was charged by the Federal Government for distributing meth. Hayes stated Powell faked being incompetent to stand trial for the charge and was subsequently released by the Federal Government.

12. On November 3, 2015, Angel Everhart was contacted and interviewed by TFO Cochran and TFO Baker at the Missoula County Detention Facility. Angel Everhart stated her step-mother, Katrina Everhart, had been distributing meth since the fall of 2014 and Logan Weniger was her source for the meth. Angel Everhart first heard about Weniger when her father, Dolan Everhart, told Angel Everhart that Weniger and Katrina Everhart had flown to Sacramento, California to obtain a large amount of meth and then drove back to Missoula. Angel Everhart estimated that Angel Everhart and her boyfriend, Anthony Bassett, purchased seven to eight one-eighth ounce quantities (eight-balls) of meth a week from Katrina Everhart during January and February of 2015. Angel Everhart paid $225 for each one-eighth ounce of meth. Angel Everhart and Bassett purchased approximately seven

ounces of meth during that time period from Katrina Everhart. In the spring of 2015, Angel Everhart started dealing directly with Weniger as Katrina Everhart became unreliable. Angel Everhart purchased personal use amounts directly from Weniger. Angel Everhart estimated she purchased four to five one-eighth (eight-ball) ounce quantities from Weniger. Angel Everhart stated she brokered numerous large deals with other people and Weniger. Between May 2015 and Angel Everhart's arrest on June 19, 2015, Angel Everhart brokered six to twelve meth deals for Weniger. Angel Everhart brokered deals between Weniger and Brice Bailey, Josh McLane, Kelly Nagel, and Bassett. During each of the deals, Weniger sold numerous one-eighth ounce quantities of meth to those listed. McLane was purchasing two to three one-eighth ounce quantities of meth daily from Weniger. McLane also traded Weniger two to three handguns in exchange for methamphetamine. Angel estimated between January 2015 and June 2015 Weniger distributed three to four ounces per week to his dealers in Missoula. Angel stated she has been to Weniger's residence several times. Weniger is a gun fanatic and has two safes in his garage that contain various firearms. Weniger also has surveillance cameras everywhere to include his driveway, his house, and his garage. Weniger also has monitors in his garage. Angel heard that Weniger keeps firearms and drugs behind a hidden compartment in his basement. The hidden compartment is built in a wall behind a Keno machine. Angel described an

incident that occurred when Weniger was leaving Angel's residence in his vehicle. Angel stated Weniger pulled over and put all the drugs and a handgun he had in his possession in a black container that had a large magnet on it. Angel stated Weniger affixed the container under his hood to the engine compartment before leaving. Angel has also witnessed Weniger use a thermos in a similar fashion. Angel stated that in May or June of 2015, Katrina asked Angel to arrange a large front of illegal drugs from Brian Weber to Weniger. Angel has known Weber since she was a juvenile and is also aware that Weber was charged with the triple homicide in Florence. Angel stated Weber and Weniger knew each other but Angel denied "middle manning" the transaction.

13. According to United States Court documents provided by Federal Probation Officer Joe McElroy on November 26, 2002, Weniger was convicted in United States District Court, Great Falls, Montana, for Conspiracy to Manufacture Methamphetamine and Possession of Methamphetamine. United States Court documents also indicate Katrina Lynn Everhart was convicted on October 31, 2002 in United States District Court, Missoula, Montana, for Conspiracy to Distribute Methamphetamine. From reviewing a criminal history report, Everhart also was convicted on March 1, 2003, in Missoula County District Court, for Criminal Possession of Dangerous Drugs.

14. Based on the foregoing, Affiant submits that there is probable cause to believe Logan Rivers Weniger and Katrina Everhart knowingly and unlawfully conspired with each other and with others to distribute 50 or more grams of methamphetamine, a violation of Title 21 U.S.C. § 846, beginning on or about June 2014 through September 2015 in Missoula, County, Montana.

_____
Monte Shaide, Special Agent
Federal Bureau of Investigation

SUBCRIBED TO AND SWORN BEFORE ME this /3th/ day of November, 2015.

_____
Hon. Jeremiah C. Lynch
United States Magistrate Judge
Missoula, Montana